PHILIP BASSE, Appellant, v. CITY OF ST. LOUIS.

**Division One, July 3, 1908.**

Appeal from St. Louis City Circuit Court.—*Hon. Jesse A. McDonald,* Judge.

REVERSED AND REMANDED (*with directions*).

LAMM, J.—This case is a companion case to Gracey v. City of St. Louis, *supra,* page 384. It stands here on a stipulation providing in effect that it abides the judgment in the Gracey case—the cause of action and the law propositions being the same, *mutatis mutandis.*

In accordance with that stipulation, the judgment in this case is reversed and the cause remanded; and the court, *nisi,* is ordered to set aside the nonsuit and proceed with the case in accordance with the opinion handed down in Gracey v. City of St. Louis, *supra.*

All concur, except *Valliant, P. J.,* absent.